634

se.   *Mr. Jean S. Breitenstein* for respondents.

No. 104.   HAMLET ICE CO., INC. *v.* FLEMING, ADMINISTRATOR.   October 12, 1942.   L. Metcalfe Walling, present Administrator of the Wage and Hour Division, U. S. Department of Labor, substituted as the party respondent herein in the place and stead of Philip B. Fleming, resigned.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Messrs. J. L. Emanuel, O. L. Henry,* and *L. R. Varser* for petitioner.   *Solicitor General Fahy* and *Messrs. Robert L. Stern, Warner W. Gardner, Mortimer B. Wolf* for respondent.

No. 130.   KHARAITI RAM SAMRAS *v.* UNITED STATES.

No. 267.   CARLETON SCREW PRODUCTS CO. *v.* FLEMING, ADMINISTRATOR.

October 12, 1942.   The petitions for writs of certiorari in these cases are denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.   *Mr. D. B. Spagnoli* for petitioner in No. 130.   *Mr. Josiah E. Brill* for petitioner in No. 267. *Solicitor General Fahy* for respondent in No. 130, and *Mr. Warner W. Gardner* was with him on the brief for respondent in No. 267.